1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MARY M. FRENCH, #126643
   Supervising Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  ERIC CRUZ-HERRERA

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12  UNITED STATES OF AMERICA,       )  NO. CR-S-07-0509 WBS
                                    )
13                   Plaintiff,     )
                                    )  STIPULATION AND [~~PROPOSED~~] ORDER
14       v.                         )  CONTINUING STATUS CONFERENCE
                                    )
15  ERIC CRUZ-HERRERA,              )  Date:  February 11, 2008
                                    )  Time:  8:30 a.m.
16                   Defendant.     )  Judge: Hon. William B. Shubb
                                    )
17  _____ )

18
         It is hereby stipulated between the parties, Kyle Reardon,
19
   Assistant United States Attorney, attorney for plaintiff, and Mary M.
20
   French, Supervising Assistant Federal Defender, attorney for defendant
21
   ERIC CRUZ-HERRERA, that the Status Conference hearing date of
22
   January 14, 2008, is vacated and a new Status Conference hearing date
23
   of February 11, 2008, at 8:30 a.m. is hereby set.
24
         This continuance is requested because of on-going defense
25
   preparation and investigation into defendant's possible claim to
26
   citizenship.
27
         It is further stipulated that the period from January 14, 2008,
28

1   through and including February 11, 2008, should be excluded pursuant to

2   18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of

3   counsel and defense preparation.

4   Dated:   January 11, 2008          Respectfully submitted,

5                                       DANIEL J. BRODERICK
                                        Federal Defender
6

7
                                        __/s/ Mary M. French_____
8                                       MARY M. FRENCH
                                        Supervising Assistant
9                                       Federal Defender
                                        Attorney for Defendant
10                                      ERIC CRUZ-HERRERA

11

12  Dated:   January 11, 2008          MCGREGOR W. SCOTT
                                        United States Attorney
13

14                                      /s/  Mary M. French for
                                             Kyle Reardon
15                                      _____
                                        KYLE REARDON
16                                      Assistant U.S. Attorney
                                        per telephonic authorization
17

18  IT IS SO ORDERED.
19
    Dated:   January 11, 2008
20

21                                      _____
                                        WILLIAM B. SHUBB
22                                      UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

Stipulation and Order          -2-