DANIEL J. BRODERICK, #89424  
Federal Defender  
MARY M. FRENCH, #126643  
Supervising Assistant Federal Defender  
Designated Counsel for Service  
801 I Street, 3rd Floor  
Sacramento, California 95814  
Telephone: (916) 498-5700  

Attorney for Defendant  
ERIC CRUZ-HERRERA  

IN THE UNITED STATES DISTRICT COURT  

FOR THE EASTERN DISTRICT OF CALIFORNIA  

| UNITED STATES OF AMERICA, | ) NO. CR-S-07-0509 WBS |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND [~~PROPOSED~~] ORDER |
| v. | ) CONTINUING STATUS CONFERENCE |
| | ) |
| ERIC CRUZ-HERRERA, | ) Date:  March 10, 2008 |
| | ) Time:  8:30 a.m. |
| Defendant. | ) Judge: Hon. William B. Shubb |
| _____ | ) |

It is hereby stipulated between the parties, Kyle Reardon, Assistant United States Attorney, attorney for plaintiff, and Mary M. French, Supervising Assistant Federal Defender, attorney for defendant ERIC CRUZ-HERRERA, that the Status Conference hearing date of February 11, 2008, is vacated and a new Status Conference hearing date of March 10, 2008, at 8:30 a.m. is hereby set.

This continuance is requested because of on-going defense preparation and investigation and because defense counsel is consulting with an immigration attorney to ascertain whether there are immigration issues that will affect this case.

1    It is further stipulated that the period from February 11, 2008,
2 through and including March 10, 2008, should be excluded pursuant to 18
3 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
4 counsel and defense preparation.

5 Dated:   February 8, 2008             Respectfully submitted,

6                                       DANIEL J. BRODERICK
                                        Federal Defender
7

8
                                         /s/ Mary M. French
9                                       MARY M. FRENCH
                                        Supervising Assistant
10                                      Federal Defender
                                        Attorney for Defendant
11                                      ERIC CRUZ-HERRERA

12
 Dated:   February 8, 2008             MCGREGOR W. SCOTT
13                                      United States Attorney

14
                                        /s/   Mary M. French for
15                                            Kyle Reardon

16                                      KYLE REARDON
                                        Assistant U.S. Attorney
17                                      per telephonic authorization

18

19
 IT IS SO ORDERED.
20
 Dated:   February 11, 2008
21

22
                                        WILLIAM B. SHUBB
23                                      UNITED STATES DISTRICT JUDGE

24

25

26

27

28

Stipulation and Order                   -2-